UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

JANE DOE,

      **Plaintiff,**

v.                                                     Civil Action No. 4:22-cv-00106-TTC

**FIRST ADVANTAGE BACKGROUND
SERVICES CORP.**

      **Defendant.**

## MOTION FOR ENTRY OF PROTECTIVE ORDER

The Plaintiff, Jane Doe, hereby moves the Court for leave to proceed in pseudonym and for a protective order pursuant to Fed. R. Civ. P. 26(c)(1). For the reasons articulated in the attendant memorandum of law in support therefore, the Plaintiff seeks entry of the attached protective order.

                                                      Respectfully submitted,

                                                      **JANE DOE**

                                                      */s/ Susan M. Rotkis*
                                                      Susan M. Rotkis, VSB 40693
                                                      Of Counsel
                                                      The Consumer Justice Law Firm
                                                     8245 N. 85th Way
                                                     Scottsdale, Arizona 85258
                                                     T: (480) 626-1333
                                                     E: srotkis@cjl.law

                                                     *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                    */s/ Sierra M. Stewart*