UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| JANE DOE, <br><br>        Plaintiff, <br><br> v. <br><br> FIRST ADVANTAGE BACKGROUND SERVICES CORP., <br><br>        Defendant. | Case No. 4:22-cv-00106 <br><br> **JURY TRIAL DEMANDED** |
|---|---|

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
PERMITTING AND REQUIRING USE OF A PSEUDONYM**

On November 17, 2022, Plaintiff moved this Honorable Court to enter a protective order which would permit her to refer to herself by, and which would require Defendant and third parties to refer to her by, the pseudonym "Jane Doe." ECF 3 (moving this Court to enter the draft Order at ECF 4-1).

On January 19, 2023, this Honorable Court issued an Order directing Defendant to respond to Plaintiff's November 17, 2022 motion. ECF 20.

In response to Plaintiff's motion and this Court's Order, Defendant states that it does not oppose the entry of the draft Order at ECF 4-1.

Dated: January 19, 2023					Respectfully submitted,

/s/ Ronald A. Page, Jr.
Ronald A. Page, Jr.
Ronald Page PLC
P.O. Box 73087
N. Chesterfield, VA 23235
T:  (804) 562-8704
E:  rpage@rpagelaw.com

and

Jason A. Spak (admitted *pro hac vice*)
FisherBroyles, LLP
6360 Broad Street #5262
Pittsburgh, PA 15206
T:  412-230-8555
E:  jason.spak@fisherbroyles.com

*Counsel for Defendant First Advantage Background Services Corp.*

## CERTIFICATE OF SERVICE

I certify that on January 19, 2023, I filed the foregoing DEFENDANT'S RESPONSE TO MOTION PERMITTING AND REQUIRING USE OF A PSEUDONYM with the Court's Electronic Case Filing system, which will send a Notice of Electronic Filing to, and thereby serve process upon, all parties through their counsel of record.

/s/ Ronald A. Page, Jr.
Ronald A. Page, Jr.
Ronald Page PLC