CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 19 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

**JANE DOE,**

      **Plaintiff,**

v.                                        **Civil Action No. 4:22-cv-00106-TTC**

**FIRST ADVANTAGE BACKGROUND**
**SERVICES CORP.**

      **Defendant.**

## PROTECTIVE ORDER

This matter is before the Court on a Motion for Entry of Protective Order. Plaintiff, Jane Doe, has moved the Court for leave to proceed in pseudonym and for a protective order pursuant to Fed. R. Civ. P. 26(c)(1) to protect her name from being disclosed in the litigation of the above-captioned case. For the reasons articulated in the Plaintiff's Motion for Entry of Protective Order and the supporting memorandum of law filed therewith, and pursuant to Fed. R. Civ. P. 26(c)(1), it is hereby ORDERED:

    1)     Jane Doe is hereby GRANTED leave to proceed in pseudonym;

    2)     All Parties shall take all necessary actions to protect the identity of Jane Doe from disclosure to the public, including but not limited to, redacting her name from publicly filed documents and using the pseudonym "Jane Doe" in all instances, including where redaction is not possible;

    3)     If redaction or substitution of the pseudonym is not possible in the public filing of documents or other papers, such public filing shall be made under seal in accordance with Local Rule of Civil Procedure 26.4(c).

4)      All Parties shall admonish party and non-party witnesses that they are obliged to maintain true name of Jane Doe, as well as all other identifying information about her, as confidential.

**IT IS SO ORDERED** on this the 19th day of January, 2022.

/s/ Thomas T. Cullen
HONORABLE THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

We ask for this:                                             **JANE DOE**

/s/ Susan M. Rotkis
Susan M. Rotkis, VSB 40693
Of Counsel
The Consumer Justice Law Firm
8245 N. 85th Way
Scottsdale, Arizona 85258
T: (480) 626-1333
E: srotkis@cjl.law

*Attorney for Plaintiff*